**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Ahna L. Johnston f/k/a Ahna L. Bader                                CHAPTER 13
                Debtor(s)

BKY. NO. 22-20571 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

                Respectfully submitted,

                /s/ **Brian C. Nicholas**
                Brian Nicholas
                31 Mar 2022, 14:09:41, EDT

                Brian C. Nicholas, Esq. (317240) ☑
                Denise Carlon, Esq. (317226) ☐
                Rebecca A. Solarz, Esq. (315936) ☐
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                412-430-3594
                bkgroup@kmllawgroup.com