**FedEx**

P156  3498922           319225-217065
DCL      009001028

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

## Earnings Statement

Page 001 of 001
Pay Period:     04/10/2022 - 04/16/2022
Advice Date:    04/22/2022
Advice Number:  0039833707
Batch Number:   DCL002016823
Employee ID:    9001028

AHNA LEE JOHNSTON
--------------------------------
Delivering on the Purple Promise
makes this check possible.

Total Hours for Hourly Period 04/10/22 - 04/16/22
Worked = 35.40 Hours    Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| WaitSecrty | 0.20 | 17.000 | 3.40 | 39.78 |
| Regular | 35.20 | 17.000 | 598.40 | 7557.25 |
| STRAIGHT TIME | 35.40 # | | 601.80 | Sub-Total |
| GROSS WAGES $$ | | | 601.80 | Sub-Total |
| Holiday | | | | 57.75 |
| Pd TimeOff | | | | 119.00 |
| NON-WRKD HRS | | | 0.00 | Sub-Total |
| TOTAL GROSS PAY | | | 601.80 | 7773.78 |
| Fed Tax Wages | | | 601.80 | 7773.78 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Vacation Balance | 40.0 | 18.2 | 21.8 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 601.80 | 7773.78 |
| TOTAL TAXES | 130.13 | 1640.76 |
| TOTAL DEDUCTIONS | 160.00 | 2560.00 |
| NET PAY | 311.67 | 3573.02 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 58.23 | 709.00 |
| Fed MED/EE | 8.73 | 112.72 |
| Fed OASDI/EE | 37.31 | 481.97 |
| PA Unempl EE | 0.36 | 4.66 |
| PA Withholdng | 18.48 | 238.67 |
| PA PA LOCAL Withh | 6.02 | 77.74 |
| PA HEMPFIELD TWP | 1.00 | 16.00 |
| TOTAL TAXES | 130.13 | 1640.76 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| Garnishmnt | 160.00 | 2560.00 |
| TOTAL DEDUCTIONS | 160.00 | 2560.00 |

Other Information
# Represents all hrs in this category
$$Non-pilot pay for hrs worked & piece rate
For Legal inquiries, please contact:
FedEx Ground Pkg System Inc
1000 FedEx Drive
Moon Township, PA 15108

---

**FedEx**

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0039833707
Advice Date: 04/22/2022
9001028

**Deposited to the account of**        **Account Number**                        **Amount**
AHNA LEE JOHNSTON                       XXXXXX8407                               311.67

THIS IS NOT A CHECK

**FedEx**

PI56 3498922         320502-218033
DCL  009001028

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

**Earnings Statement**

Pay Period:        Page 001 of 001
                   04/03/2022 - 04/09/2022
Advice Date:       04/14/2022
Advice Number:     0039698699
Batch Number:      DCL002016808
Employee ID:       9001028

AHNA LEE JOHNSTON
-------------------------------
Delivering on the Purple Promise
makes this check possible.

Total Hours for Hourly Period 04/03/22 - 04/09/22
Worked = 37.03 Hours    Ovrtime & Dbltime = 0.00 Hours

| Earns+Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | 36.70 | 17.000 | 623.90 | 6958.85 |
| WaitSecrty | 0.23 | 17.000 | 3.91 | 36.38 |
| Regular | 0.10 | 16.000 | 1.60 | |
| STRAIGHT TIME | 37.03 # | | 629.41 | Sub-Total |
| GROSS WAGES $$ | | | 629.41 | Sub-Total |
| Holiday | | | | 57.75 |
| Pd TimeOff | | | | 119.00 |
| NON-WRKD HRS | | | 0.00 | Sub-Total |
| TOTAL GROSS PAY | | | 629.41 | 7171.98 |
| Fed Tax Wages | | | 629.41 | 7171.98 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Vacation Balance | 40.0 | 18.2 | 21.8 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 629.41 | 7171.98 |
| TOTAL TAXES | 136.66 | 1510.63 |
| TOTAL DEDUCTIONS | 160.00 | 2400.00 |
| NET PAY | 332.75 | 3261.35 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 61.54 | 650.77 |
| Fed MED/EE | 9.12 | 103.99 |
| Fed OASDI/EE | 39.02 | 444.66 |
| PA Unempl EE | 0.37 | 4.30 |
| PA Withholdng | 19.32 | 220.19 |
| PA PA LOCAL Withh | 6.29 | 71.72 |
| PA HEMPFIELD TWP | 1.00 | 15.00 |
| TOTAL TAXES | 136.66 | 1510.63 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| Garnishmnt | 160.00 | 2400.00 |
| TOTAL DEDUCTIONS | 160.00 | 2400.00 |

Other Information
# Represents all hrs in this category
$$Non-pilot pay for hrs worked & piece rate
For Legal inquiries, please contact:
FedEx Ground Pkg System Inc
1000 FedEx Drive
Moon Township, PA 15108

© 2007 Automatic Data Processing (FCB/NC)

---

**FedEx**

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number:  0039698699
Advice Date:    04/14/2022
9001028

**THIS IS NOT A CHECK**

Deposited to the account of         Account Number          Amount
AHNA LEE JOHNSTON                   XXXXXX8407              332.75

# FedEx

P156 3498922
DCL 009001028

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

## Earnings Statement

Page 001 of 001
Pay Period: 03/27/2022 - 04/02/2022
Advice Date: 04/08/2022
Advice Number: 0039598706
Batch Number: DCL002016795
Employee ID: 9001028

AHNA LEE JOHNSTON

Delivering on the Purple Promise makes this check possible.

Total Hours for Hourly Period 03/27/22 - 04/02/22
Worked = 34.10 Hours    Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate   | This Stmt | Year-To-Date |
|----------------|---------|--------|-----------|--------------|
| Regular        | 33.90   | 17.000 | 576.30    | 6333.35      |
| WaitSecrty     | 0.20    | 17.000 | 3.40      | 32.47        |
| STRAIGHT TIME  | 34.10 # |        | 579.70    | Sub-Total    |
| GROSS WAGES $$ |         |        | 579.70    | Sub-Total    |
| Holiday        |         |        |           | 57.75        |
| Pd TimeOff     |         |        |           | 119.00       |
| NON-WRKD HRS   |         |        | 0.00      | Sub-Total    |
| TOTAL GROSS PAY|         |        | 579.70    | 6542.57      |
| Fed Tax Wages  |         |        | 579.70    | 6542.57      |

| Leave Hrs YTD     | Earned | Taken | Balance |
|-------------------|--------|-------|---------|
| Vacation Balance  | 40.0   | 18.2  | 21.8    |

| Check Summary    | This Stmt | Year-To-Date |
|------------------|-----------|--------------|
| TOTAL GROSS PAY  | 579.70    | 6542.57      |
| TOTAL TAXES      | 124.87    | 1373.97      |
| TOTAL DEDUCTIONS | 160.00    | 2240.00      |
| NET PAY          | 294.83    | 2928.60      |

| Taxes            | This Stmt | Year-To-Date |
|------------------|-----------|--------------|
| Fed Withholdng   | 55.57     | 589.23       |
| Fed MED/EE       | 8.41      | 94.87        |
| Fed OASDI/EE     | 35.94     | 405.64       |
| PA Unempl EE     | 0.35      | 3.93         |
| PA Withholdng    | 17.80     | 200.87       |
| PA PA LOCAL Withh| 5.80      | 65.43        |
| PA HEMPFIELD TWP | 1.00      | 14.00        |
| TOTAL TAXES      | 124.87    | 1373.97      |

| Deductions       | This Stmt | Year-To-Date |
|------------------|-----------|--------------|
| Garnishmnt       | 160.00    | 2240.00      |
| TOTAL DEDUCTIONS | 160.00    | 2240.00      |

Other Information
\# Represents all hrs in this category
$$Non-pilot pay for hrs worked & piece rate
For Legal inquiries, please contact:
FedEx Ground Pkg System Inc
1000 FedEx Drive
Moon Township, PA 15108

---

# FedEx

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0039598706
Advice Date: 04/08/2022
9001028

THIS IS NOT A CHECK

Deposited to the account of
AHNA LEE JOHNSTON

Account Number
XXXXXX8407

Amount
294.83

**FedEx**

P156  3498922
DCL   009001028

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

**Earnings Statement**

| | |
|---|---|
| Pay Period: | Page 001 of 001 |
| Advice Date: | 03/20/2022 - 03/26/2022 |
| Advice Number: | 04/01/2022 |
| Batch Number: | 0039484390 |
| Employee ID: | DCL002016780 |
| | 9001028 |

AHNA LEE JOHNSTON

Delivering on the Purple Promise makes this check possible.

Total Hours for Hourly Period 03/20/22 - 03/26/22
Worked = 30.35 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| WaitSecrty | 0.20 | 17.000 | 3.40 | 29.07 |
| Regular | 30.15 | 17.000 | 512.55 | 5757.05 |
| STRAIGHT TIME | 30.35 # | | 515.95 | Sub-Total |
| GROSS WAGES $$ | | | 515.95 | Sub-Total |
| Holiday | | | | 57.75 |
| Pd TimeOff | | | | 119.00 |
| NON-WRKD HRS | | | 0.00 | Sub-Total |
| TOTAL GROSS PAY | | | 515.95 | 5962.87 |
| Fed Tax Wages | | | 515.95 | 5962.87 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Vacation Balance | 40.0 | 18.2 | 21.8 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 515.95 | 5962.87 |
| TOTAL TAXES | 109.70 | 1249.10 |
| TOTAL DEDUCTIONS | 160.00 | 2080.00 |
| NET PAY | 246.25 | 2633.77 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 47.92 | 533.66 |
| Fed MED/EE | 7.48 | 86.46 |
| Fed OASDI/EE | 31.99 | 369.70 |
| PA Unempl EE | 0.31 | 3.58 |
| PA Withholdng | 15.84 | 183.07 |
| PA PA LOCAL Withh | 5.16 | 59.63 |
| PA HEMPFIELD TWP | 1.00 | 13.00 |
| TOTAL TAXES | 109.70 | 1249.10 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| Garnishmnt | 160.00 | 2080.00 |
| TOTAL DEDUCTIONS | 160.00 | 2080.00 |

Other Information
# Represents all hrs in this category
$$Non-pilot pay for hrs worked & piece rate
For Legal inquiries, please contact:
FedEx Ground Pkg System Inc
1000 FedEx Drive
Moon Township, PA 15108

---

**FedEx**

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0039484390
Advice Date: 04/01/2022
9001028

**THIS IS NOT A CHECK**

Deposited to the account of
AHNA LEE JOHNSTON

Account Number
XXXXXX8407

Amount
246.25

**FedEx**

P156  3498922
DCL   009001028

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

**Earnings Statement**

Pay Period: 03/13/2022 - 03/19/2022
Advice Date: 03/25/2022
Advice Number: 0039320622
Batch Number: DCL002016765
Employee ID: 9001028
Page 001 of 001

AHNA LEE JOHNSTON

Delivering on the Purple Promise makes this check possible.

Total Hours for Hourly Period 03/13/22 - 03/19/22
Worked = 33.72 Hours    Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | 33.52 | 17.000 | 569.84 | 5244.50 |
| WaitSecrty | 0.20 | 17.000 | 3.40 | 25.67 |
| STRAIGHT TIME | 33.72 # | | 573.24 | Sub-Total |
| GROSS WAGES $$ | | | 573.24 | Sub-Total |
| Holiday | | | | 57.75 |
| Pd TimeOff | | | | 119.00 |
| NON-WRKD HRS | | | 0.00 | Sub-Total |
| TOTAL GROSS PAY | | | 573.24 | 5446.92 |
| Fed Tax Wages | | | 573.24 | 5446.92 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Vacation Balance | 40.0 | 18.2 | 21.8 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 573.24 | 5446.92 |
| TOTAL TAXES | 123.33 | 1139.40 |
| TOTAL DEDUCTIONS | 160.00 | 1920.00 |
| NET PAY | 289.91 | 2387.52 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 54.80 | 485.74 |
| Fed MED/EE | 8.31 | 78.98 |
| Fed OASDI/EE | 35.54 | 337.71 |
| PA Unempl EE | 0.35 | 3.27 |
| PA Withholdng | 17.60 | 167.23 |
| PA PA LOCAL Withh | 5.73 | 54.47 |
| PA HEMPFIELD TWP | 1.00 | 12.00 |
| TOTAL TAXES | 123.33 | 1139.40 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| Garnishmnt | 160.00 | 1920.00 |
| TOTAL DEDUCTIONS | 160.00 | 1920.00 |

Other Information
# Represents all hrs in this category
$$Non-pilot pay for hrs worked & piece rate
For Legal inquiries, please contact:
FedEx Ground Pkg System Inc
1000 FedEx Drive
Moon Township, PA 15108

---

**FedEx**

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0039320622
Advice Date: 03/25/2022
9001028

**THIS IS NOT A CHECK**

Deposited to the account of
AHNA LEE JOHNSTON

Account Number
XXXXXX8407

Amount
289.91

**FedEx**

P156  3498922
DCL   009001028

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

**Earnings Statement**

| | |
|---|---|
| Pay Period: | 03/06/2022 - 03/12/2022 |
| Advice Date: | 03/18/2022 |
| Advice Number: | 0039142307 |
| Batch Number: | DCL002016752 |
| Employee ID: | 9001028 |

Page 001 of 001

AHNA LEE JOHNSTON

Delivering on the Purple Promise makes this check possible.

Total Hours for Hourly Period 03/06/22 - 03/12/22
Worked = 29.07 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| WaitSecrty | 0.20 | 17.000 | 3.40 | 22.27 |
| Regular | 28.87 | 17.000 | 490.79 | 4674.66 |
| STRAIGHT TIME | 29.07 # | | 494.19 | Sub-Total |
| GROSS WAGES 9$ | | | 494.19 | Sub-Total |
| Holiday | | | | 57.75 |
| Pd TimeOff | | | | 119.00 |
| NON-WRKD HRS | | | 0.00 | Sub-Total |
| TOTAL GROSS PAY | | | 494.19 | 4873.68 |
| Fed Tax Wages | | | 494.19 | 4873.68 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Vacation Balance | 40.0 | 18.2 | 21.8 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 494.19 | 4873.68 |
| TOTAL TAXES | 104.52 | 1016.07 |
| TOTAL DEDUCTIONS | 160.00 | 1760.00 |
| NET PAY | 229.67 | 2097.61 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 45.31 | 430.94 |
| Fed MED/EE | 7.17 | 70.67 |
| Fed OASDI/EE | 30.64 | 302.17 |
| PA Unempl EE | 0.29 | 2.92 |
| PA Withholdng | 15.17 | 149.63 |
| PA PA LOCAL Withh | 4.94 | 48.74 |
| PA HEMPFIELD TWP | 1.00 | 11.00 |
| TOTAL TAXES | 104.52 | 1016.07 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| Garnishmnt | 160.00 | 1760.00 |
| TOTAL DEDUCTIONS | 160.00 | 1760.00 |

Other Information
# Represents all hrs in this category
SSNon-pilot pay for hrs worked & piece rate
For Legal inquiries, please contact:
FedEx Ground Pkg System Inc
1000 FedEx Drive
Moon Township, PA 15108

---

**FedEx**

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0039142307
Advice Date: 03/18/2022
9001028

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| AHNA LEE JOHNSTON | XXXXXX8407 | 229.67 |

**FedEx**

P156 3498922
DCL  009001028

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

## Earnings Statement

Page 001 of 001
Pay Period: 02/27/2022 - 03/05/2022
Advice Date: 03/11/2022
Advice Number: 0038976244
Batch Number: DCL002016737
Employee ID: 9001028

AHNA LEE JOHNSTON

Delivering on the Purple Promise makes this check possible.

Total Hours for Hourly Period 02/27/22 - 03/05/22
Worked = 27.35 Hours    Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | 27.15 | 17.000 | 461.55 | 4183.87 |
| WaitSecrty | 0.20 | 17.000 | 3.40 | 18.87 |
| STRAIGHT TIME | 27.35 # | | 464.95 | Sub-Total |
| GROSS WAGES $$ | | | 464.95 | Sub-Total |
| Holiday | | | | 57.75 |
| Pd TimeOff | | | | 119.00 |
| NON-WRKD HRS | | | 0.00 | Sub-Total |
| TOTAL GROSS PAY | | | 464.95 | 4379.49 |
| Fed Tax Wages | | | 464.95 | 4379.49 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Vacation Balance | 40.0 | 18.2 | 21.8 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 464.95 | 4379.49 |
| TOTAL TAXES | 97.57 | 911.55 |
| TOTAL DEDUCTIONS | 160.00 | 1600.00 |
| NET PAY | 207.38 | 1867.94 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 41.80 | 385.63 |
| Fed MED/EE | 6.74 | 63.50 |
| Fed OASDI/EE | 28.83 | 271.53 |
| PA Unempl EE | 0.28 | 2.63 |
| PA Withholdng | 14.27 | 134.46 |
| PA PA LOCAL Withh | 4.65 | 43.80 |
| PA HEMPFIELD TWP | 1.00 | 10.00 |
| TOTAL TAXES | 97.57 | 911.55 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| Garnishmnt | 160.00 | 1600.00 |
| TOTAL DEDUCTIONS | 160.00 | 1600.00 |

Other Information
# Represents all hrs in this category
$$Non-pilot pay for hrs worked & piece rate
For Legal inquiries, please contact:
FedEx Ground Pkg System Inc
1000 FedEx Drive
Moon Township, PA 15108

---

**FedEx**

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0038976244
Advice Date: 03/11/2022
9001028

*THIS IS NOT A CHECK*

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| AHNA LEE JOHNSTON | XXXXXX8407 | 207.38 |

**FedEx**

P156  3498922
DCL     009001028

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

## Earnings Statement

Page 001 of 001
Pay Period: 02/20/2022 - 02/26/2022
Advice Date: 03/04/2022
Advice Number: 0038903199
Batch Number: DCL002016722
Employee ID: 9001028

AHNA LEE JOHNSTON
--------------------------------
Delivering on the Purple Promise
makes this check possible.

Total Hours for Hourly Period 02/20/22 - 02/26/22
Worked = 26.15 Hours    Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | 25.95 | 17.000 | 441.15 | 3722.32 |
| WaitSecrty | 0.20 | 17.000 | 3.40 | 15.47 |
| STRAIGHT TIME | 26.15 # | | 444.55 | Sub-Total |
| GROSS WAGES $$ | | | 444.55 | Sub-Total |
| Holiday | | | | 57.75 |
| Pd TimeOff | | | | 119.00 |
| NON-WRKD HRS | | | 0.00 | Sub-Total |
| TOTAL GROSS PAY | | | 444.55 | 3914.54 |
| Fed Tax Wages | | | 444.55 | 3914.54 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Vacation Balance | 40.0 | 18.2 | 21.8 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 444.55 | 3914.54 |
| TOTAL TAXES | 92.74 | 813.98 |
| TOTAL DEDUCTIONS | 160.00 | 1440.00 |
| NET PAY | 191.81 | 1660.56 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 39.36 | 343.83 |
| Fed MED/EE | 6.45 | 56.76 |
| Fed OASDI/EE | 27.56 | 242.70 |
| PA Unempl EE | 0.27 | 2.35 |
| PA Withholdng | 13.65 | 120.19 |
| PA PA LOCAL Withh | 4.45 | 39.15 |
| PA HEMPFIELD TWP | 1.00 | 9.00 |
| TOTAL TAXES | 92.74 | 813.98 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| Garnishmnt | 160.00 | 1440.00 |
| TOTAL DEDUCTIONS | 160.00 | 1440.00 |

Other Information
# Represents all hrs in this category
$$Non-pilot pay for hrs worked & piece rate
For Legal inquiries, please contact:
FedEx Ground Pkg System Inc
1000 FedEx Drive
Moon Township, PA 15108

---

**FedEx**

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0038903199
Advice Date: 03/04/2022
9001028

**THIS IS NOT A CHECK**

Deposited to the account of
AHNA LEE JOHNSTON

Account Number
XXXXXX8407

Amount
191.81

**FedEx**

P156  3498922
DCL   009001028

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

## Earnings Statement

Page 001 of 001
Pay Period: 02/13/2022 - 02/19/2022
Advice Date: 02/25/2022
Advice Number: 0038735574
Batch Number: DCL002016707
Employee ID: 9001028

AHNA LEE JOHNSTON
-----------------------------
Delivering on the Purple Promise makes this check possible.

Total Hours for Hourly Period 02/13/22 - 02/19/22
Worked = 19.10 Hours    Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| WaitScrty | 0.17 | 17.000 | 2.89 | 12.07 |
| Regular | 18.93 | 17.000 | 321.81 | 3281.17 |
| STRAIGHT TIME | 19.10 # | | 324.70 | Sub-Total |
| GROSS WAGES $$ | | | 324.70 | Sub-Total |
| Pd TimeOff | 3.50 | 17.000 | 59.50 | 119.00 |
| Holiday | | | | 57.75 |
| NON-WRKD HRS | 3.50 # | | 59.50 | Sub-Total |
| TOTAL GROSS PAY | | | 384.20 | 3469.99 |
| Fed Tax Wages | | | 384.20 | 3469.99 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Vacation Balance | 40.0 | 18.2 | 21.8 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 384.20 | 3469.99 |
| TOTAL TAXES | 78.37 | 721.24 |
| TOTAL DEDUCTIONS | 160.00 | 1280.00 |
| NET PAY | 145.83 | 1468.75 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 32.11 | 304.47 |
| Fed MED/EE | 5.57 | 50.31 |
| Fed OASDI/EE | 23.82 | 215.14 |
| PA Unempl EE | 0.23 | 2.08 |
| PA Withholdng | 11.80 | 106.54 |
| PA PA LOCAL Withh | 3.84 | 34.70 |
| PA HEMPFIELD TWP | 1.00 | 8.00 |
| TOTAL TAXES | 78.37 | 721.24 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| Garnishmnt | 160.00 | 1280.00 |
| TOTAL DEDUCTIONS | 160.00 | 1280.00 |

Other Information
# Represents all hrs in this category
$$Non-pilot pay for hrs worked & piece rate
For Legal inquiries, please contact:
FedEx Ground Pkg System Inc
1000 FedEx Drive
Moon Township, PA 15108

---

**FedEx**

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0038735574
Advice Date: 02/25/2022
9001028

**THIS IS NOT A CHECK**

Deposited to the account of
AHNA LEE JOHNSTON

Account Number
XXXXXX8407

Amount
145.83

## FedEx

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

### Earnings Statement

Page 001 of 001
Pay Period: 02/06/2022 - 02/12/2022
Advice Date: 02/18/2022
Advice Number: 0038552734
Batch Number: DCL002016694
Employee ID: 9001028

AHNA LEE JOHNSTON

Delivering on the Purple Promise makes this check possible.

Total Hours for Hourly Period 02/06/22 - 02/12/22
Worked = 30.33 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | 0.33 | 16.000 | 5.28 | 2959.36 |
| WaitSecrty | 0.20 | 17.000 | 3.40 | 9.18 |
| Regular | 29.80 | 17.000 | 506.60 | |
| STRAIGHT TIME | 30.33 # | | 515.28 | Sub-Total |
| GROSS WAGES $$ | | | 515.28 | Sub-Total |
| Holiday | | | | 57.75 |
| Pd TimeOff | | | | 59.50 |
| NON-WRKD HRS | | | 0.00 | Sub-Total |
| TOTAL GROSS PAY | | | 515.28 | 3085.79 |
| Fed Tax Wages | | | 515.28 | 3085.79 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Vacation Balance | 40.0 | 14.7 | 25.3 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 515.28 | 3085.79 |
| TOTAL TAXES | 109.54 | 642.87 |
| TOTAL DEDUCTIONS | 160.00 | 1120.00 |
| NET PAY | 245.74 | 1322.92 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 47.84 | 272.36 |
| Fed MED/EE | 7.47 | 44.74 |
| Fed OASDI/EE | 31.95 | 191.32 |
| PA Unempl EE | 0.31 | 1.85 |
| PA Withholdng | 15.82 | 94.74 |
| PA PA LOCAL Withh | 5.15 | 30.86 |
| PA HEMPFIELD TWP | 1.00 | 7.00 |
| TOTAL TAXES | 109.54 | 642.87 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| Garnishmnt | 160.00 | 1120.00 |
| TOTAL DEDUCTIONS | 160.00 | 1120.00 |

Other Information
\# Represents all hrs in this category
$$Non-pilot pay for hrs worked & piece rate
For Legal inquiries, please contact:
FedEx Ground Pkg System Inc
1000 FedEx Drive
Moon Township, PA 15108

---

## FedEx

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0038552734
Advice Date: 02/18/2022
9001028

**THIS IS NOT A CHECK**

Deposited to the account of
AHNA LEE JOHNSTON

Account Number
XXXXXX8407

Amount
245.74



```
P156  3498922
DCL   009001028
```

**FedEx Ground Pkg System Inc**
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

# Earnings Statement

Pay Period: 01/30/2022 - 02/05/2022
Advice Date: 02/11/2022
Advice Number: 0038471979
Batch Number: DCL002016679
Employee ID: 9001028

Page 001 of 001

**AHNA LEE JOHNSTON**

Delivering on the Purple Promise makes this check possible.

Total Hours for Hourly Period 01/30/22 - 02/05/22
Worked = 21.75 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| WaitSecrty | 0.17 | 17.000 | 2.89 | 5.78 |
| Regular | 21.58 | 17.000 | 366.86 | 2447.48 |
| STRAIGHT TIME | 21.75 # | | 369.75 | Sub-Total |
| GROSS WAGES $$ | | | 369.75 | Sub-Total |
| Holiday | | | | 57.75 |
| Pd TimeOff | | | | 59.50 |
| NON-WRKD HRS | | | 0.00 | Sub-Total |
| TOTAL GROSS PAY | | | 369.75 | 2570.51 |
| Fed Tax Wages | | | 369.75 | 2570.51 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Vacation Balance | 40.0 | 14.7 | 25.3 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 369.75 | 2570.51 |
| TOTAL TAXES | 74.93 | 533.33 |
| TOTAL DEDUCTIONS | 160.00 | 960.00 |
| NET PAY | 134.82 | 1077.18 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 30.38 | 224.52 |
| Fed MED/EE | 5.36 | 37.27 |
| Fed OASDI/EE | 22.92 | 159.37 |
| PA Unempl EE | 0.22 | 1.54 |
| PA Withholdng | 11.35 | 78.92 |
| PA PA LOCAL Withh | 3.70 | 25.71 |
| PA HEMPFIELD TWP | 1.00 | 6.00 |
| TOTAL TAXES | 74.93 | 533.33 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| Garnishmnt | 160.00 | 960.00 |
| TOTAL DEDUCTIONS | 160.00 | 960.00 |

Other Information
\# Represents all hrs in this category
$$Non-pilot pay for hrs worked & piece rate
For Legal inquiries, please contact:
FedEx Ground Pkg System Inc
1000 FedEx Drive
Moon Township, PA 15108

---



**FedEx Ground Pkg System Inc**
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0038471979
Advice Date: 02/11/2022
9001028

**THIS IS NOT A CHECK**

Deposited to the account of
AHNA LEE JOHNSTON

Account Number
XXXXXX8407

Amount
134.82



P156  3498922
DCL   009001028

**FedEx Ground Pkg System Inc**
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

**Earnings Statement**

| | |
|---|---|
| Pay Period: | 01/23/2022 - 01/29/2022 |
| Advice Date: | 02/04/2022 |
| Advice Number: | 0038290888 |
| Batch Number: | DCL002016664 |
| Employee ID: | 9001028 |

Page 001 of 001

AHNA LEE JOHNSTON

Delivering on the Purple Promise makes this check possible.

Total Hours for Hourly Period 01/23/22 - 01/29/22
Worked = 23.15 Hours    Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | 22.98 | 17.000 | 390.66 | 2080.62 |
| WaitSecrty | 0.17 | 17.000 | 2.89 | 2.89 |
| STRAIGHT TIME | 23.15 # | | 393.55 | Sub-Total |
| GROSS WAGES $$ | | | 393.55 | Sub-Total |
| Holiday | | | | 57.75 |
| Pd TimeOff | | | | 59.50 |
| NON-WRKD HRS | | | 0.00 | Sub-Total |
| TOTAL GROSS PAY | | | 393.55 | 2200.76 |
| Fed Tax Wages | | | 393.55 | 2200.76 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Vacation Balance | 40.0 | 14.7 | 25.3 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 393.55 | 2200.76 |
| TOTAL TAXES | 80.61 | 458.40 |
| TOTAL DEDUCTIONS | 160.00 | 800.00 |
| NET PAY | 152.94 | 942.36 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 33.24 | 194.14 |
| Fed MED/EE | 5.71 | 31.91 |
| Fed OASDI/EE | 24.40 | 136.45 |
| PA Unempl EE | 0.24 | 1.32 |
| PA Withholdng | 12.08 | 67.57 |
| PA PA LOCAL Withh | 3.94 | 22.01 |
| PA HEMPFIELD TWP | 1.00 | 5.00 |
| TOTAL TAXES | 80.61 | 458.40 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| Garnishmnt | 160.00 | 800.00 |
| TOTAL DEDUCTIONS | 160.00 | 800.00 |

Other Information
# Represents all hrs in this category
$$Non-pilot pay for hrs worked & piece rate
For Legal inquiries, please contact:
FedEx Ground Pkg System Inc
1000 FedEx Drive
Moon Township, PA 15108

---

**FedEx Ground Pkg System Inc**
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0038290888
Advice Date: 02/04/2022
9001028

**THIS IS NOT A CHECK**

Deposited to the account of
AHNA LEE JOHNSTON

Account Number
XXXXXX8407

Amount
152.94