IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Ahna L. Johnston, | : | Case No.  22-20571 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No.  28 |

### CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
### AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtor, certify that on April 22, 2022 I served a copy of the Court's April 21, 2022, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at FedEx Ground Pkg Systems, Inc, Attn: Payroll Manager, 30 FedEx Pkwy, FL Horiz, Collierville, TN 28017.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: April 22, 2022

        ZEBLEY MEHALOV & WHITE, P.C.

        BY

        /s/ Daniel R. White
            Daniel R. White
            PA I.D. No. 78718
            P.O. Box 2123
            Uniontown, PA 15401
            724-439-9200
            Attorneys for Debtor