IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Ahna L. Johnston, | : | Case No.  22-20571 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No.  44 |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtor, certify that on August 11, 2022 I served a copy of the Court's August 11, 2022, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at FedEx Ground Pkg Systems, Inc, Attn: Payroll Manager, 30 FedEx Pkwy, FL Horiz, Collierville, TN 28017.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: August 11, 2022

ZEBLEY MEHALOV & WHITE, P.C.

BY

/s/ Daniel R. White
       Daniel R. White
       PA I.D. No. 78718
       P.O. Box 2123
       Uniontown, PA 15401
       724-439-9200
       Attorneys for Debtor