File No.: 12581-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Ahna L. Johnston, | : | Case No. 22-20571 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Ahna L. Johnston | : | Related to Document No. |
| | | |
| Movant. | | |
| | | |
| Vs. | | |

FedEx Ground Pkg System, Inc. And
Ronda J. Winnecour

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

    I, Daniel R. White, Attorney for Debtor, certify that on February 13, 2024, I served a copy of the Court's February 12, 2024, wage attachment Order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at FedEx Ground Pkg Systems, Inc, Attn: Payroll Manager, 30 FedEx Pkwy, 2nd FL Horiz, Collierville, TN 28017.

    Method of service: first class mail, postage prepaid.

    Total number of parties served: 1

    Date executed: February 13, 2024

                                                        TREMBA, KINNEY, GREINER & KERR, LLC
                                                        BY

                                                        /s/ Daniel R. White
                                                           Daniel R. White
                                                           PA I.D. No. 78718
                                                           1310 Morrell Avenue, Suite C
                                                           Connellsville, PA 15425
                                                           724-628-7955
                                                           Attorneys for Debtor