IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-20571 GLT |
| Ahna L. Johnston, | : | Chapter 13 |
| Debtor. | : | Document No. |
| Ahna L. Johnston, | : | Related to Document No. |
| Movant, | : | |
| vs. | : | |
| No Respondents. | : | |

## CERTIFICATION OF NO OBJECTION
## TO MOTION TO SUBSTITUTE ATTORNEY

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Substitute Attorney filed on May 8, 2024, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Substitute Attorney appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than May 27, 2024.

    It is hereby respectfully requested that the Order attached to the Motion to Substitute Attorney be entered by the Court.

Dated: May 28, 2024

    TREMBA, KINNEY, GREINER & KERR

    /s/ Daniel R. White
    Daniel R. White
    Pa. I.D. No. 78718
    1310 Morrell Avenue, Suite C
    Connellsville, PA 15425
    Telephone (724) 628-7955
    Email: dwhite@westpalawyers.com
    Attorney for Debtor