**Fill in this information to identify the case:**

Debtor 1 <u>Ahna Johnston</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the   <u>Western District Of Pennsylvania</u>

Case number <u>22-20571</u>

Official Form 410S1

# Notice of Mortgage Payment Change                            12/15

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: PNC Bank, National Association

**Court claim no**. (if known): <u>6</u>

**Last four digits** of any number you use to identify the debtor's account:   7762

**Date of payment change:** <u>06/01/2023</u>
Must be at least 21 days after date of this notice

**New total payment:**    <u>$ 938.73</u>
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $<u>365.18</u>    **New escrow payment:** **$<u>367.43</u>**

## Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%        **New interest rate:** _____%

   **Current principal and interest payment:** $_____   **New principal and interest payment:** $_____

Official Form 410S1        **Notice of Mortgage Payment Change**              page 1

Debtor 1 <u>Ahna Johnston</u>　　　　　　　　　　　　Case Number (*If known*):22-20571
　　　　　First Name　　Middle Name　　Last Name

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

　　Reason for change: _____

**Current mortgage payment:** $ _____　**New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **/s/ Brian C. Nicholas**　　　　　　　　　　　　Date February 15, 2023
　　Signature

Print:　　**Brian C. Nicholas    ATT ID: 317240**　　　　Title **Attorney for Creditor**
　　　　　First Name　　Middle Name　　Last Name

Company　　**KML Law Group, P.C.**

Address　　**701**　　**Market Street, Suite 5000**
　　　　　Number　　Street
　　　　　**Philadelphia,**　　　　　　**PA**　　**19106**
　　　　　City　　　　　　　　　　　State　　ZIP Code

Contact phone　**(215) 627–1322**　　Email **bnicholas@kmllawgroup.com**